UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on December 16, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | GRAND JURY ORIGINAL |
| ERNEST CHENG LIN,<br>also known as "Alex Huang," and<br><br>CHANG HOON LEE,<br>also known as "Daniel Lee,"<br><br>Defendants. | VIOLATIONS:<br>21 U.S.C. §§ 846, 841(b)(1)(A) & (b)(1)(C)<br>(Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and a Detectable Amount of Cocaine)<br><br>FORFEITURE:<br>21 U.S.C. § 853(a) & (p); and<br>28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about October 2024 and the filing of this Indictment, within the District of Columbia, the Eastern District of Virginia, the Central District of California, and elsewhere, **ERNEST CHENG LIN, also known as "Alex Huang," and CHANG HOON LEE, also known as "Daniel Lee,"** did knowingly and willfully combine, conspire, confederate and agree together, and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and a mixture and substance

containing a detectable amount of cocaine, both Schedule II narcotic drug controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), (b)(1)(C), and 846.

**(Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and a Detectable Amount of Cocaine,** in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A) and 841(b)(1)(C))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendants, **ERNEST CHENG LIN, also known as "Alex Huang," and CHANG HOON LEE, also known as "Daniel Lee,"** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of this offense. The property to be forfeited includes, but is not limited to, the following:

   a. A white, 2023 model year Toyota Tundra, bearing California license plate 49729R3 and Vehicle Identification Number ("VIN") 5TFJA5DBXPX065594; and

   b. A black, 2023 model year Tesla, bearing California license plate 9GMC795 and VIN 7SAYGDEE4PA118185.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code Section 853(a), 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

_____
FOREPERSON

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: _____
Matthew W. Kinskey
Assistant U.S. Attorney and
Acting Deputy Chief,
Violent Crime & Narcotics Trafficking Section