# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>~~Earnest~~ Cheng Lin, also known as "Alex Huang."<br>ERNEST<br>CMB<br><br>Defendant | )<br>)<br>) Case No. 26-CR-14<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) ERNEST ~~Earnest~~ Cheng Lin, also known as "Alex Huang"
MB

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846, 841(b)(1)(A) & (b)(1)(C) Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and a Detectable Amount of Cocaine.

Date: January 23, 2026

_____
Issuing officer's signature

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

City and state: Washington, D.C.

---

### Return

This warrant was received on (date) 1/23/26, and the person was arrested on (date) 1/28/26
at (city and state) LOS ANGELES

Date: 1/28/26

_____
Arresting officer's signature

ZACHARY KOON   TFO
Printed name and title