AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Chang Hoon Lee,<br>also known as "Daniel Lee"<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No.

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Chang Hoon Lee, also known as "Daniel Lee" ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ❑ Superseding Indictment   ❑ Information   ❑ Superseding Information   ❑ Complaint
❑ Probation Violation Petition   ❑ Supervised Release Violation Petition   ❑ Violation Notice   ❑ Order of the Court

This offense is briefly described as follows:
21 U.S.C. §§ 846, 841(b)(1)(A) & (b)(1)(C) Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and a Detectable Amount of Cocaine.

Date: January 23, 2026                                   _____
                                                        *Issuing officer's signature*

City and state:   Washington, D.C.                       Zia M. Faruqui, U.S. Magistrate Judge
                                                         *Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/23/26 , and the person was arrested on *(date)* 1/28/26
at *(city and state)* Los Angeles, CA .

Date: 1/28/26                                    _____
                                                *Arresting officer's signature*

                                                Jason Whitaker   Special Agent
                                                *Printed name and title*