**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 26-cr-14** |
| | : | |
| | : | |
| **CHANG HOON LEE,** | : | |
| **also known as "Daniel Lee,"** | : | |
| | : | |
| **Defendant.** | : | |

# GOVERNMENT'S MOTION FOR TEMPORARY DETENTION PENDING REVIEW AND APPEAL OF RELEASE ORDER

The United States, by and through the undersigned, respectfully moves this Court to stay the order of release issued by Magistrate Judge Stephanie S. Christensen on January 28, 2026, and to issue an order detaining Chang Hoon Lee, (the "Defendant"), pending the District Court's determination of the government's motion for review and appeal of the release order.

On January 28, 2026, the Defendant was arrested in Los Angeles, California, on a warrant issued in the District of Columbia in the above-captioned matter. The Defendant had an initial appearance before the Magistrate Court in the Central District of California on January 28, 2026, pursuant to Rule 5 of the Federal Criminal Rules of Procedure. At that time, the government moved to detain the Defendant pending his initial appearance and arraignment in the District of Columbia, and the Honorable Stephanie S. Christensen, U.S. Magistrate Judge for the Central District of California, held a detention hearing and denied the government's motion for pretrial detention and ordered the Defendants released on conditions of release. On an oral motion by the government, Judge Christensen stayed the order of release until January 30, 2026.

The government will soon file a Motion for Review and Appeal of Release Order that includes a detailed background of the investigation and a thorough discussion of the factors laid out in 18 U.S.C. § 3142, which establish that there are no conditions or combination of conditions that can ensure the Defendant's appearance in this District or the safety of the community. Because the current stay is only in place until tomorrow, the appeal may not be resolved prior to the expiration of the stay. Accordingly, the government now asks for a stay of release, in the form of a temporary order of detention, pending the outcome of the government's Motion for Review and Appeal of Release Order in this Court.

**CONCLUSION**

For the foregoing reasons, the government respectfully requests this Court to stay the order of release and to continue to detain the Defendant, pending this Court's determination of the government's Motion for Review and Appeal of the Release Order.

Respectfully submitted this 29th day of January 2026.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Kate M. Naseef*
KATE M. NASEEF
Assistant United States Attorney
VA Bar Number 87850
Violent Crime and Narcotics Trafficking Section
601 D Street, N.W.
Washington, D.C. 20530
Office: 202-809-2057
Kate.Naseef2@usdoj.gov