**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 26-cr-14** |
| | : | |
| **ERNEST CHENG LIN,** | : | |
| **also known as "Alex Huang," and** | : | |
| | : | |
| **CHANG HOON LEE,** | : | |
| **also known as "Daniel Lee,"** | : | |
| | : | |
| **Defendants.** | : | |

# NOTICE OF APPEARANCE OF COUNSEL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Kate Naseef is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kate Naseef*
Kate Naseef
Assistant United States Attorney
VA Bar 87850
601 D Street, NW
Washington, D.C. 20579
(202) 809-2057
Kate.Naseef2@usdoj.gov