**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 26-cr-14** |
| | : | |
| **ERNEST CHENG LIN,** | : | |
| **also known as "Alex Huang," and** | : | |
| | : | |
| **CHANG HOON LEE,** | : | |
| **also known as "Daniel Lee,"** | : | |
| | : | |
| **Defendants.** | : | |

# NOTICE OF APPEARANCE OF COUNSEL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Michael Barclay is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Michael Barclay*

Michael Barclay
Assistant United States Attorney
NY Bar 5441423
601 D Street, NW
Washington, D.C. 20579
(202) 252-7669
Michael.Barclay@usdoj.gov