**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Case No.: 26-CR-00014 (JDB)** |
| | : | |
| **CHANG HOON LEE,** | : | |
| **Defendant.** | | |

**NOTICE OF APPEARANCE**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Diane Shrewsbury has assumed responsibility for the defense of the defendant. Please send copies of all notices and inquiries to the attorney listed below.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

DIANE SHREWSBURY
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
diane_shrewsbury@fd.org