**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **No. 26-cr-14 (JDB)** |
| **CHANG HOON LEE** | **:** | |

**<u>MOTION TO CONTINUE FILING DEADLINE</u>**

Mr. Lee, through undersigned counsel, respectfully move this Honorable Court to continue the deadline to file a response to the government's appeal of the order releasing Mr. Lee pretrial from 5pm on Monday, Februatry 2, 2026 to midnight on Monday, February 2, 2026. Counsel is working diligently on the opposition, but due to court hearings and other commitments during the day today, needs some additional time to finalize and file an opposition. Counsel for Mr. Lee contacted the government to determine their position on this motion and did not receive a response prior to filing.

Therefore, Mr. Lee asks the Court to continue the deadline to file an opposition to the government's appeal of Mr. Lee's release order until midnight on February 2, 2026.

Respectfully submitted,

*/s/ Diane Shrewsbury*
Diane Shrewsbury
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA :**

**v. : No. 26-cr-14 (JDB)**

**CHANG HOON LEE :**

**[PROPOSED] ORDER**

Upon consideration of Mr. Lee's Motion to Continue Filing Deadline, it is hereby

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that Mr. Lee shall file any opposition to the government's appeal no later than midnight on February 2, 2026.

Date:

______________________________
JOHN D. BATES
District Court Judge
District of Columbia