**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ERNEST CHENG LIN,**<br>**Also known as "Alex Huang,"**<br><br>*Defendant*. | **Case No. 26-cr-14-1 (JDB)** |

## NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for the defendant, Ernest Cheng Lin,

also known as Alex Huang, pursuant to the Court's appointment under the Criminal Justice Act

(CJA).

Respectfully Submitted,

Melissa Jackson
Counsel for Ernest Cheng Lin
D.C. Bar No. 996787
COVERT JACKSON YARBRO PLLC
600 Massachusetts Avenue NW,
Suite 250
Washington, DC 20001
Phone: (657) 225-9693
Email: mjackson@cjypllc.com