AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

United States of America
v.

~~Earnest~~ Cheng Lin, also known as "Alex Huang. "
ERNEST
CMB

)
)
)
)
)

Case No. 26-CR-14

Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) ~~Earnest~~ ERNEST Cheng Lin, also known as "Alex Huang"
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846, 841(b)(1)(A) & (b)(1)(C) Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and a Detectable Amount of Cocaine.

Date:    January 23, 2026

_____
Issuing officer's signature

Zia M. Faruqui, U.S. Magistrate Judge

City and state:    Washington, D.C.

_____
Printed name and title

| Return | | |
|---|---|---|
| This warrant was received on (date) 1/23/26 | , and the person was arrested on (date) 1/28/26 | |

at (city and state)    LOS ANGELES

Date: 1/28/26

_____
Arresting officer's signature

ZACHARY KOON    TFO
Printed name and title

FILED

2026 JAN 28  AM 10: 55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER | MJ 26-00482 |
|---|---|---|
| PLAINTIFF(S) | | |
| v. | | |
| CHANG HOON LEE AND ERNEST CHENG LIN | **DECLARATION RE OUT-OF-DISTRICT WARRANT** | |
| DEFENDANT(S). | | |

The above-named defendant was charged by: indictment

in the US DISTRICT COURT _____ District of COLUMBIA _____ on JANUARY 23, 2026

at 2:00 _____ ☐ a.m. / ☒ p.m.  The offense was allegedly committed on or about October 2024

in violation of Title 21 _____ U.S.C., Section(s) 841(a)(1) and 846

to wit: possession with intent to distribute controlled substances and conspiracy and attempt to distribute controlled substances

A warrant for defendant's arrest was issued by: Mag. Judge Zia M. Faruqui _____

Bond of $ _____ was ☐ set / ☒ recommended.

Type of Bond: No bond, "hold"

Relevant document(s) on hand (attach): _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/28/2026   ~~01/29/2026~~
                        Date

*Michael Regalbuto*
Signature of Agent

Michael Regalbuto
Print Name of Agent

FBI
Agency

Special Agent
Title

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED

2026 JAN 28  AM 10: 55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: KM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.                                      PLAINTIFF | MJ 26-00482 |
| Ernest Cheng Lin | REPORT COMMENCING CRIMINAL ACTION |
| USMS#  11914938                         DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 01/28/2026 _____ at 0600 ____ ☒ AM ☐ PM

   or

   The defendant was arrested in the Southern ___ District of ___ California ___ on 01/28/2026 at 0600 ____ ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   21 U.S.C. §§ 841 and 846 _____

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: _____

7. Year of Birth: 1995 _____

8. Defendant has retained counsel:  ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified:  Duty-cacpt-cac@cacp.uscourts.gov _____

10. Remarks (if any): _____

11. Name:  Michael Regalbuto _____ (please print)

12. Office Phone Number: 703-719-1635 _____   13. Agency:  FBI _____

14. Signature:  *Michael Regalbuto* _____   15. Date:  01/28/2026 _____

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | | ☑ LA ☐ RS ☐ SA    DATE FILED: 1/28/2026 |
|---|---|---|
| | PLAINTIFF | CASE NUMBER:   2:26-MJ-00482-DUTY * ☑ ~~Under Seal~~ |
| v. | | INIT. APP. DATE: 1/28/2026        TIME: 1:30 PM |
| Ernest Cheng Lin | | CHARGING DOC: Out of District Affidavit |
| | | DEFENDANT STATUS: In Custody |
| | | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| | DEFENDANT. | VIOLATION: 21:841 |
| | | COURTSMART/REPORTER: C/S 1/28/2026 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE   Stephanie S. Christensen | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:** Teagan Snyder _____ Jun Nam _____ _____
   *Deputy Clerk*          *Assistant U.S. Attorney*          *Interpreter / Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☑ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is _____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: Andrew S. Cowan          ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☐ DFPD ☑ Panel ☐ Poss. Contribution
   Ordered (see separate order) ☐ Special appearance by: _____ ☐ CJA 1-Day Provisional Appt _____

☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED

☑ Contested detention hearing is held. ☑ Defendant is ordered: ☐ Permanently Detained ☑ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ _____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☑ Government moves to UNSEAL Complaint/(Indictment)/Information/(Entire Case): ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived.          ☐ Class B Misdemeanor          ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____ . Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT**   ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at _____ in Los Angeles

☐ Post-Indictment Arraignment set for: _____ at _____ in Los Angeles

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☑ Defendant executed Waiver of Rights. ☑ Process received.
   Court ORDERS defendant Held to Answer to _____ District of _____

   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
   ☐ Warrant of removal and final commitment are ordered stayed until _____ .

☑ Case continued to (Date) February 2, 2026 (Time) 9:00 ☑ AM / ☐ PM

☑ Type of Hearing: detention hearing Before Judge Christensen /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom        ☑ Judge's Courtroom 790

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ Electronic Release Order issued (*if issued using Release Book*: Release Order No. _____ ).

☐ Other:

**RECEIVED:** ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10        ☐ READY        Deputy Clerk Initials TS
                                                                                                                        : TS

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

JULIAN J. XU (Cal. Bar No. 341375)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-0546
    E-mail:     Julian.Xu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 8 2026

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>         v.<br><br>ERNEST CHENG LIN,<br><br>      Defendant. | No.  2:26-MJ-00482-DUTY<br><br><u>GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION</u> |
| --- | --- |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

☐   1.   Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds:

☐   a.   present offense committed while defendant was on release pending (felony trial),

☐   b.   defendant is an alien not lawfully admitted for permanent residence; <u>and</u>

☐ c.   defendant may flee; or

☐ d.   pose a danger to another or the community.

☒ 2.   Pretrial Detention Requested (§ 3142(e)) because no condition or combination of conditions will reasonably assure:

☒ a.   the appearance of the defendant as required;

☒ b.   safety of any other person and the community.

☐ 3.   Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a)):

☐ a.   defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community;

☐ b.   defendant cannot establish by clear and convincing evidence that he/she will not flee.

☒ 4.   Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e)):

☒ a.   Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

☐ b.   offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or 2332b(g)(5)(B) with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

☐ c.   offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

2

2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

☐ d. defendant currently charged with an offense described in paragraph 5a - 5e below, AND defendant was previously convicted of an offense described in paragraph 5a - 5e below (whether Federal or State/local), AND that previous offense was committed while defendant was on release pending trial, AND the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

☒ 5. Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves:

☐ a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

☐ b. an offense for which maximum sentence is life imprisonment or death;

☒ c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

☐ d. any felony if defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses;

3

☐   e.   any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒   f.   serious risk defendant will flee;

☐   g.   serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

☐   6.   Government requests continuance of _____ days for detention hearing under § 3142(f) and based upon the following reason(s):

_____

_____

_____

_____

//
//
//
//
//
//
//
//
//
//
//
//

4

☐   7.    Good cause for continuance in excess of three days exists in that:

_____

_____

_____

_____

Dated: January 28, 2026              Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


 /s/ Julian J. Xu
JULIAN J. XU
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA



CLERK, U.S. FILED DISTRICT COURT

JAN 2 8 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>ERNEST CHENG LIN<br><br>Defendant. | **CASE NUMBER:**<br><br>2:26-MJ-00482-DUTY<br><br>**ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS** | |

You are in the United States District Court for the Central District of California because you have been charged with a crime against the United States or a violation of probation, supervised release, or pretrial release. The Court informs you that you have the following constitutional and statutory rights in connection with these proceedings:

You have the right to remain silent. Anything you say, sign, or write can be used against you in this or in any other case.

If you have not already received a copy of the charges, you will receive a copy today.

You have the right to hire and be represented by a lawyer of your choosing at each and every stage of these proceedings. If you cannot afford to hire a lawyer, you can apply to the Court to have a lawyer appointed to represent you for free from the office of the Federal Public Defender or the Indigent Defense Panel. The application for free counsel includes a financial affidavit, which you must sign under penalty of perjury. If you say something on the form that is not true or leave out material information, you could be charged with another crime, such as perjury or making a false statement.

If you are not a United States citizen, you may request that the prosecution notify your consular office that you have been arrested. Even without such a request, the law may require the prosecution to do so.

### IF YOU ARE MAKING YOUR INITIAL APPEARANCE BEFORE THE COURT

You have a right to a bail hearing in which the Magistrate Judge will determine whether you will be released from custody before trial. If you disagree with the Magistrate Judge's decision, you can appeal that decision to another Judge of this Court. You or the prosecutor can request that the bail hearing be continued to another day.

If you have been charged by complaint, you are entitled to a preliminary hearing within 14 days if the Magistrate Judge orders that you be detained pending trial, or 21 days if the Magistrate Judge orders that you be released pending trial. In a preliminary hearing, the prosecution will attempt to show that there is probable cause to believe that you committed the crime charged in the complaint. You will not be entitled to a preliminary hearing, however, if the prosecution obtains an indictment in your case before the time set for the preliminary hearing. (Most often, the prosecutors in the Central District of California present their cases to the grand jury before the time set for the preliminary hearing and, therefore, no preliminary hearing is held.)

### IF YOU ARE CHARGED WITH A VIOLATION OF
### YOUR CONDITIONS OF SUPERVISED RELEASE OR PROBATION

If you are charged with a violation of the terms and conditions of your supervised release or probation and the Magistrate Judge detains you, you have the right to a preliminary hearing before a Magistrate Judge.

*continued on Page 2*

## IF YOU ARE CHARGED IN ANOTHER DISTRICT

If you have been arrested on a charge from another district, you are entitled to wait until the prosecution produces a copy of the warrant authorizing your arrest. You are also entitled to an identity hearing in which the prosecution would have the burden of proving there is probable cause to believe that you are the person named in the charges. If you are charged in a complaint from another district, you may request to have a preliminary hearing held in the charging district. If you are charged with a violation of a term of supervised release or probation imposed in another district, you have a right to a preliminary hearing, which may, depending on where the alleged violation occurred, be held either here or in the charging district.

If you want to plead guilty in the Central District of California, you may request to have your case transferred to this district. To proceed in this district, the United States Attorneys for this district and the charging district must agree to the transfer.

## IF YOU ARE APPEARING FOR ARRAIGNMENT

If you have been charged by indictment or information, you will be arraigned and may be asked to enter a not guilty plea today. After your arraignment, your case will be assigned to a District Judge of this Court for all further proceedings, unless a Judge has already been assigned.

You are entitled to a speedy and public trial by jury. The right to a jury trial can be waived.

You are entitled to see and hear the evidence and cross-examine the witnesses against you. You are entitled to the processes of the Court to subpoena witnesses on your behalf without cost to you if you are indigent. You do not have to prove your innocence. The prosecution has the burden to prove your guilt beyond a reasonable doubt.

**ACKNOWLEDGMENT OF DEFENDANT:**

I have read the above Advisement of Rights and understand it. I do not require a translation of this statement nor do I require an interpreter for court proceedings.

Dated: _1/28/26_   x _____
*Signature of Defendant*

*[or]*

I have personally heard a translation in the _____ language read to me and understand the above Advisement of Rights.

Dated: _____   _____
*Signature of Defendant*

**STATEMENT OF THE INTERPRETER:**

I have translated this Advisement of Rights to the Defendant in the _____ language.

Dated: _____   _____
*Signature of Interpreter*

_____
*Print Name of Interpreter*

**STATEMENT OF COUNSEL:**

I am satisfied that the defendant has read this Advisement of Rights or has heard the interpretation thereof and that he/she understands it.

Dated: _1/28/26_   _____
*Signature of Attorney*

CR-10 (06/18)          **ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS**          PAGE 2 OF 2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Ernest Cheng Lin<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:26-mj-00482-DUTY<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |
| --- | --- |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing
is set for _February 2,_____, _2026_____, at _9:00_____ ☒a.m. / ☐p.m. before the
Honorable _Stephanie S. Christensen_____, in Courtroom _790_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_____(Other custodial officer)_____

Dated: _____January 28, 2026_____          _____
                                                U.S. ~~District Judge~~/Magistrate Judge

---

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 8 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

**PLAINTIFF**

v.

ERNEST CHENG LIN

**DEFENDANT.**

CASE NUMBER:

2:26-MJ-00482-DUTY

### WAIVER OF RIGHTS
### (OUT OF DISTRICT CASES)

I understand that charges are pending in the _____ District of _____ COLUMBIA _____ alleging violation of _____ 21 USC § 846, 841(b)(1)(A), (C) _____ and that I have been arrested in this district and

*(Title and Section / Probation / Supervised Release)*

taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1)    have an identity hearing to determine whether I am the person named in the charges;

(2)    arrival of process;

*-Check one only-*

☑    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3)    have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**

(3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

### I HEREBY WAIVE (GIVE UP) MY RIGHT(S)  TO:

☒    have an identity hearing

☒    arrival of process

☐    have a preliminary hearing

☒    have an identity hearing, and I have been informed that I have no right to a preliminary hearing

☐    have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

X _____
Defendant

_____
Defense Counsel

Date: __1/28/26__

_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____

_____
Interpreter(if required)

M-14 (09/09)                    WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### MINUTES - RULE 5/20 HEARING / DETENTION HEARING

Case No. 2:26-mj-00482-DUTY    CourtSmart 2/2/2026    Date: February 2, 2026

Present: The Honorable Stephanie S. Christensen , U.S. Magistrate Judge

| T. Snyder | Jun Nam, Esq. | n/a |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

| USA v. Ernest Cheng Lin | Attorney Present for Defendant:<br>Andrew S. Cowan, Esq. |
|---|---|
| ☑ Present   ☑ Custody   ☐ Bond   ☐ Not present | ☑ Present   ☑ CJA   ☐ Retd   ☐ DFPD   ☐ Not present |

**I.  PROCEEDINGS:**   ☐ **IDENTITY HEARING**  ☐ **REMOVAL HEARING**  ☐ **PRELIMINARY HEARING**
☐ **RE POSSIBLE RULE 20**  ☐ **ARRIVAL OF PROCESS**
☑ **FURTHER PROCEEDINGS RE** Initial Appearance

☐ Process    ☐ received    ☐ not received
☐ Witness(es) CST    ☐ Exhibits Marked    ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record.  ☐ See receipt for Release of Exhibits to Counsel.
☐ Court finds defendant   ☐ to be the person   ☐ not to be the person charged in the   ☐ Indictment   ☐ Information
☐ Complaint.
☐ Court finds  ☐ probable cause  ☐ no probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ IT IS ORDERED that the defendant return to the originating district and proceedings be terminated in this district.
☐ Defendant executed Waiver of Rights.        ☐ Process received.      ☐ Process not received.
☑ Court ORDERS defendant Held to Answer to _____ District of Columbia.
☐ Bond to transfer, if bail is posted.  Defendant ordered to report on or before _____
☑ Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin.  Date issued: 2/2/2026    By: T. Snyder .
   ☐ Final commitment and warrant of removal are ordered stayed until _____ .
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court, Central District at   ☐ Los Angeles  ☐ Riverside  ☐ Santa Ana.

**II.  PROCEEDINGS:  DETENTION HEARING**            ☑ Contested detention hearing is held.
☑ Government's request for detention is:   ☑ GRANTED    ☐ DENIED    ☐ WITHDRAWN    ☐ CONTINUED
☐ Counsel stipulate to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☑ Court **ORDERS DEFENDANT PERMANENTLY DETAINED.**  See separate Detention Order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____   ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days.  See separate order re temporary detention.
☐ Witnesses CST    ☐ Exhibits Marked    ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record.  ☐ See Receipt for Release of Exhibits to Counsel.  ☐ Release Order Issued - Release No.: _____

☐ Court orders case continued to _____ at _____ ☐ a.m. ☐ p.m. for _____

   before Judge _____ in courtroom _____ .

☐ Other: _____

I. _____ : 2
II. _____ : 16
Deputy Clerk Initials TS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

Case No.    2:26:mj-482                                    Date    February 2, 2026

Title    United States v. Ernest Cheng Lin

Present: The Honorable    Stephanie S. Christensen, United States Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Government:            Attorneys Present for Defendant:

n/a                                                        n/a

**Proceedings:**            ORDER OF DETENTION [18 U.S.C. § 3142(i)]

The Court conducted a detention hearing on:

☐    The motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving:

☒    The motion of the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving: a serious risk that the defendant will flee.

☒    The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e) (2-3)].

☒    The Court finds that the defendant ☐ has ☒ has not rebutted the presumption under 18 U.S.C. § 3142(e)(2-3) by sufficient evidence to the contrary.

* * *

The Court finds that no condition or combination of conditions will reasonably assure:
    ☒ the appearance of the defendant as required (as proven by a preponderance of the evidence).
    ☒ the safety of any person or the community (as proven by clear and convincing evidence).

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No.    2:26:mj-482                                                Date    February 2, 2026

Title    United States v. Ernest Cheng Lin

The Court bases its findings (in addition to any made on the record at the hearing) on the following [18 U.S.C. § 3142(g)]:

☒    Nature and circumstances of offense charged

☒    Weight of known evidence against defendant

☒    Lack of bail resources or financially responsible sureties

☒    No stable employment

☒    Ties to foreign countries

☐    Substance abuse

☐    Nature of previous criminal convictions

☐    Previous failure to appear or violations of probation, parole, or release

☐    Already in custody on state or federal offense

☐    Refusal to interview with Pretrial Services or verify information

☐    Unrebutted presumption [18 U.S.C. § 3142(e)(2-3)]

☒    Other: ghost gun and drug packing material found at search; frequent international travel; wife involved and would be at proposed dwelling if released.

☐    Defendant did not oppose the detention request.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)]  The Court also considered the evidence presented at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | 2:26:mj-482 | Date | February 2, 2026 |
|---|---|---|---|
| Title | United States v. Ernest Cheng Lin | | |

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Name & Address:

---

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:26-00482-DUTY |
| v. | |
| ERNEST CHENG LIN | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| | _____ District of ____COLUMBIA____ |
| DEFENDANT(S). | At _____WASHINGTON, D.C._____ |
| | *(City)* |

## To: United States Marshal for the Central District of California

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

☑ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with   (brief description of offense)  Conspiracy to Distribute and Possess with INtent to Distribute 500 G or more of a substance containing a detectable amount of methamphetamine and a detectable amount of cocaine.

☑ in violation of Title _21_____ United States Code, Section (s) _846,841(b)(1)(A) & (b)(1)(C)_____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:

☑ duly waived arrival of process.
☑ duly waived identity hearing before me on _January 28, 2026._____.
☐ duly waived preliminary hearing before me on _____.
☐ had a preliminary hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had an identity hearing before me on _____, and it appears that the defendant is the person named as charged, and:
    ☐ Bail has been set at $_____ but has not been posted.
    ☑ No bail has been set.
    ☑ Permanent detention has been ordered.
    ☐ Temporary detention has been ordered.

| 2/2/2026 | |
|---|---|
| Date | United States Magistrate Judge |

## RETURN

Received this commitment and designated prisoner on _____, and on _____,
committed him to _____ and left with the custodian at the same time
a certified copy of the within temporary commitment.

United States Marshal, Central District of California

| | |
|---|---|
| Date | Deputy |

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:26-mj-00482-DUTY All Defendants

Case title: USA v. Lin

Date Filed: 01/28/2026

Date Terminated: 02/02/2026

Assigned to: Duty Magistrate Judge

### Defendant (1)

**Ernest Cheng Lin**
REG 11914-938
*TERMINATED: 02/02/2026*

represented by **Andrew S. Cowan**
Holmes, Athey, Cowan and Mermelstein
LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90017
213-985-2200
Fax: 213-973-6282
Email: acowan@holmesathey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

### Plaintiff

**USA**

represented by   **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2026 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Ernest Cheng Lin, originating in the District of Columbia. Defendant charged in violation of: 21:841,846. Signed by agent Michael Regalbuto, FBI, Special Agent. USA. (mhe) (Entered: 01/29/2026) |
| 01/28/2026 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Ernest Cheng Lin; defendants Year of Birth: 1995; date of arrest: 1/28/2026 USMS# REG 11914-938 (mhe) (Entered: 01/29/2026) |
| 01/28/2026 | 3 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Stephanie S. Christensen as to Defendant Ernest Cheng Lin. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order).Contested detention hearing held. Defendant arraigned and states true name is as charged. Attorney: Andrew S. Cowan for Ernest Cheng Lin, Appointed, present. Court orders defendant Temporarily detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Detention Hearing set for 2/2/2026 09:00 AM before Magistrate Judge Stephanie S. Christensen. Court moves to unseal entire case. Court Smart: CS 1/28/26. (mhe) (Entered: 01/29/2026) |
| 01/28/2026 | 4 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Ernest Cheng Lin (mhe) (Entered: 01/29/2026) |
| 01/28/2026 | 5 | Defendant Ernest Cheng Lin arrested on warrant issued by the USDC District of Columbia at Washington. (Attachments: # 1 Charging documents)(mhe) (Entered: 01/29/2026) |
| 01/28/2026 | 6 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Ernest Cheng Lin. (mhe) (Entered: 01/29/2026) |
| 01/28/2026 | 7 | ORDER OF TEMPORARY DETENTION Pending Hearing Pursuant to Bail Reform Act by Magistrate Judge Stephanie S. Christensen as to Defendant Ernest Cheng Lin. Pending hearing, the defendant shall be held in custody by the U. S. Marshal and produced for the hearing. Detention Hearing set for 2/2/2026 09:00 AM before Magistrate Judge Stephanie S. Christensen. (mhe) (Entered: 01/29/2026) |
| 01/28/2026 | 8 | WAIVER OF RIGHTS approved by Magistrate Judge Stephanie S. Christensen as to Defendant Ernest Cheng Lin. (mhe) (Entered: 01/29/2026) |
| 01/28/2026 | 9 | FINANCIAL AFFIDAVIT filed as to Defendant Ernest Cheng Lin. (Not for Public View pursuant to the E-Government Act of 2002) (mhe) (Entered: 01/29/2026) |

| 02/02/2026 | 10 | MINUTES OF Detention Hearing held before Magistrate Judge Stephanie S. Christensen as to Defendant Ernest Cheng Lin, The Court Orders the defendant permanently detained. RULE 5(c)(3) REMOVAL/ARRIVAL OF PROCESS HEARING held before Magistrate Judge Stephanie S. Christensen: Court orders defendant held to answer to District of Columbia. Warrant of Removal and final commitment to issue. Court Smart: 2/2/26. (mhe) (Entered: 02/04/2026) |
|---|---|---|
| 02/02/2026 | 11 | ORDER OF DETENTION by Magistrate Judge Stephanie S. Christensen as to Defendant Ernest Cheng Lin, (mhe) (Entered: 02/04/2026) |
| 02/02/2026 | 12 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Stephanie S. Christensen that Defendant Ernest Cheng Lin be removed to the District of Columbia (mhe) (Entered: 02/04/2026) |
| 02/02/2026 | | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Defendant Ernest Cheng Lin. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 12 Warrant of Removal and Commitment to Another District. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 02/04/2026) |