**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on December 16, 2025**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 26-CR-14 (JDB)** |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| **CHANG HOON LEE,** | : | **21 U.S.C. § 846** |
| **also known as "Daniel Lee,"** | : | **(Conspiracy to Distribute and Possess** |
| | : | **with Intent to Distribute 500 Grams or** |
| **TONG LI,** | : | **More of a Mixture and Substance** |
| | : | **Containing a Detectable Amount of** |
| **RICKY CHOE,** | : | **Methamphetamine, a Detectable Amount** |
| | : | **of Cocaine, 100 Kilograms of More of a** |
| **VALLEY YUANCHIEH CHUNG,** | : | **Mixture and Substance Containing a** |
| **also known as "Pinky,"** | : | **Detectable Amount of Marijuana, and** |
| | : | **A Detectable Amount of Psilocybin** |
| **KEN CHIAEN CHANLEE, and** | : | **Mushrooms)** |
| | : | **18 U.S.C. § 1956(h) (Conspiracy to** |
| **XIAN TONG LIN,** | : | **Commit Money Laundering)** |
| **also known as "Tony Xian Lin,"** | : | |
| | : | **FORFEITURE** |
| **DEFENDANTS.** | : | **18 U.S.C. § 982(a)(1) & (b)(1)** |
| | : | **21 U.S.C. § 853(a) & (p)** |
| | : | **28 U.S.C. § 2461(c)** |

**SUPERSEDING INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

From on or about July 2022 to the Present, within the District of Columbia, the Eastern District of Virginia, the Central District of California, and elsewhere, **CHANG HOON LEE, also known as "Daniel Lee," TONG LI, RICKY CHOE, VALLEY YUANCHIEH CHUNG, also known as "Pinky," KEN CHIAEN CHANLEE, XIAN TONG LIN, also known as "Tony Xian Lin,"** did knowingly and willfully combine, conspire, confederate and agree together, and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly, and

intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance; and a mixture and substance containing a detectable amount of psilocybin mushrooms, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(vii), (b)(1)(c), and 846.

With respect to the defendant **CHANG HOON LEE, also known as "Daniel Lee,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance; and a mixture and substance containing a detectable amount of psilocybin mushrooms, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(vii), and (b)(1)(c).

With respect to the defendant **TONG LI** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of cocaine, a

2

Schedule II controlled substance; 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance; and a mixture and substance containing a detectable amount of psilocybin mushrooms, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(vii), and (b)(1)(c).

With respect to the defendant **RICKY CHOE**, his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance; and a mixture and substance containing a detectable amount of psilocybin mushrooms, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(vii), and (b)(1)(c).

With respect to the defendant **VALLEY YUANCHIEH CHUNG, also known as "Pinky,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I

3

controlled substance; and a mixture and substance containing a detectable amount of psilocybin mushrooms, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(vii), and (b)(1)(c).

Before **VALLEY YUANCHIEH CHUNG** committed the offense charged in this count, he had a final conviction for a serious violent felony, namely, a conviction under California Penal Code Section 207(A) in Los Angeles County Superior Court, docket number KA069004, for which he served more than 12 months of imprisonment.

With respect to the defendant **KEN CHIAEN CHANLEE,** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

With respect to the defendant **XIAN TONG LIN, also known as "Tony Xian Lin,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance; and a mixture and substance containing a detectable amount of psilocybin mushrooms,

4

a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(vii), and (b)(1)(c).

**(Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, a Detectable Amount of Cocaine, 100 Kilograms or More of a Mixture and Substance Containing a Detectable Amount of Marijuana, and a Detectable Amount of Psilocybin Mushrooms, in violation of Title 21, United States Code, Section 846)**

## COUNT TWO

From on or about July 2022 to the Present, within the District of Columbia and elsewhere, **CHANG HOON LEE, also known as "Daniel Lee," TONG LI**, and **RICKY CHOE**, did knowingly and willfully combine, conspire, confederate and agree with each other and other persons known and unknown to the Grand Jury, to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1), knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and (h).

**(Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h))**

5

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846, the defendants, **CHANG HOON LEE, also known as "Daniel Lee," TONG LI, RICKY CHOE, VALLEY YUANCHIEH CHUNG, also known as "Pinky," KEN CHIAEN CHANLEE, XIAN TONG LIN, also known as "Tony Xian Lin,"** shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

The allegations contained in Count Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(1).

Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 1956, the defendants **CHANG HOON LEE, also known as "Daniel Lee," TONG LI,** and **RICKY CHOE,** shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property.

## SPECIFIC PROPERTY SUBJECT TO FORFEITURE

The property to be forfeited includes, but is not limited to, the following:

6

1.  An off-white, 2024 model year BMW i7, bearing California license plate 9VBM049 and Vehicle Identification Number WBY53EJ01RCN97260;

2.  A silver, 2020 model year Mercedes E 450, bearing California license plate 9GHT587 and Vehicle Identification Number W1K1J6HB4LF139923; and

3.  Approximately $386,807.20 in funds seized from Bank of America account ending in -1961, an operating account held in the name of Tong LI.

### MONEY JUDGMENT

In the event of conviction, the United States may seek a money judgment.

### SUBSTITUTE ASSETS

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Sections 982(a)(1), 982(b)(1), Title 21, United States Code Sections 853(a), 853(p), and Title 28, United States Code, Section 2461(c))**

7

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.

8