**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Case No.** |
| | : | **FILED UNDER SEAL** |
| **CHANG HOON LEE,** **also known as "Daniel Lee,"** | : | |
| **TONG LI** | : | |
| **RICKY CHOE** | : | |
| **VALLEY YUANCHIEH CHUNG,** **Also known as "Pinky"** | : | |
| **KENN CHIAEN CHANLEE, and** | : | |
| **XIAN TONG LIN,** **Also known as "Tony Xian Lin,"** | : | |
| **DEFENDANTS.** | : | |

**GOVERNMENT'S *EX PARTE* MOTION FOR SEALING OF THE INDICTMENT AND OTHER PLEADINGS, WARRANTS, FILES, AND RECORDS, AND ALL RELATED MATTERS**

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this motion for sealing of the accompanying Indictment, arrest warrant, as well as all other pleadings, warrants, records, and files in this case, including the instant motion to seal and any order on the motion, and to delay entry on the public docket of this motion to seal and all related matters. Specifically, the government requests a sealing order with a narrow exception that will permit the government to disclose the existence of the Indictment, arrest warrant, as

well as other records and files in this case, to the extent that is necessary to effectuate the defendants' arrest and extradition. In support of this motion, the government states as follows:

1. The government respectfully submits that premature public disclosure of the indictment and related material, and the warrants and the existence of the cases, could compromise ongoing investigations and could undermine the development of critical evidence in those investigations. *See United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1981); *In re Sealed Affidavits*, 600 F.2d 1256 (9th Cir. 1979); *Shea v. Gabriel*, 520 F.2d 879 (1st Cir. 1975). *Cf. In re Search Warrants issued on May 21, 1987*, 1990 WL 113874 (D.D.C. 1990) (information released after the government agreed there was no further need for secrecy). The government further submits that these circumstances present a compelling government interest under *Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), and that said governmental interest requires sealing the indictment and all other pleadings, warrants, records, and files in this case, as well as of the filing of these sealed pleadings and the accompanying order.

2. Finally, the government submits that these circumstances will remain until the initial appearance of the defendants.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: /s/_______________________
Michael Barclay
Assistant United States Attorney
N.Y. Bar Number 5441423

Michael Barclay@usdoj.gov
(202) 252-7669
Kate Naseef
Assistant United States Attorney
VA Bar Number 87850
Kate.naseef2@usdoj.gov
(202) 252-1796