**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No.** |
| | : | |
| | : | **FILED UNDER SEAL** |
| | : | |
| **CHANG HOON LEE,**<br>**also known as "Daniel Lee,"** | : | |
| **TONG LI** | : | |
| **RICKY CHOE** | : | |
| **VALLEY YUANCHIEH CHUNG,**<br>**Also known as "Pinky"** | : | |
| **KENN CHIAEN CHANLEE, and** | : | |
| **XIAN TONG LIN,**<br>**Also known as "Tony Xian Lin,"** | : | |
| | : | |
| **DEFENDANTS.** | : | |

**ORDER**

Upon consideration of the Government's *Ex Parte* Motion to Seal the Indictment and other Pleadings, Warrants, Files, and Records, with exceptions that permit the government to disclose the existence of the Indictment, arrest warrants, as well as other records and files in this case as necessary to effectuate the defendants' arrest and extradition, for the reasons set out therein and in consideration of *Washington Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), it is this ____day of January 2026, hereby,

**ORDERED** that the Indictment and other pleadings, warrants, files, and records be sealed, and all related matters until the initial appearance of the defendants before this Court.

It is further **ORDERED** that, notwithstanding the above, the government may disclose the existence of the Indictment, arrest warrants, as well as other records and files in this case as necessary to effectuate the defendants' arrest and extradition.

It is further **ORDERED** that the Indictment and all other pleadings, warrants, records, and files in this case be unsealed, and the case placed on the public docket, without further motion from the government upon the initial appearance of the defendants in this case.

It is further **ORDERED** that the government shall inform the Court as soon as practicable when sealing is no longer necessary or upon the initial appearance of the defendants.

UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF COLUMBIA