U.S. District Court
for the District of Columbia

| | |
|---|---|
| **United States of America,**<br>Plaintiff,<br>v.<br>**Lin et al.,**<br>Defendants. | Case No. 1:26-cr-00014-JDB |

**Tong Li's Motion for Admission Pro Hac Vice of Tommy H. Vu and Ryan W. Stitt**

Pursuant to Local Civil Rule 83.2(c), Tommy H. Vu and Ryan W. Stitt respectfully move for admission pro hac vice in the above-captioned matter on behalf of the accused Tong Li.

Mr. Vu and Mr. Stitt are attorneys in good standing with the State Bar of California and have substantial experience representing clients in complex federal criminal and civil matters. In addition, Mr. Vu is a member in good standing of the District of Columbia Bar and the New York State Bar. Mr. Vu and Mr. Stitt are also members of the Criminal Justice Act ("CJA") Panel for the United States District Court for the Southern District of California, through which they are regularly appointed to represent the accused in federal criminal proceedings.

Exhibit A is a current Certificate of Good Standing for Mr. Vu, and Exhibit B is a current Certificate of Good Standing for Mr. Stitt. With this filing, Mr. Vu and Mr. Stitt will pay the requisite fee. Neither attorney is subject to any pending disciplinary proceedings, suspension, or disbarment in any jurisdiction in which they are admitted to practice.

Accordingly, Mr. Vu and Mr. Stitt respectfully request that the Court grant their motion for admission pro hac vice and permit them to appear as counsel for Tong Li.

Respectfully submitted,

Kobie A. Flowers
Bar No. 991403
Flowers Keller LLP
1601 Connecticut Avenue, NW
Washington, D.C. 20009
o 202.993.1282
d 202.521.8742
kflowers@flowerskeller.com

Dated: June 26, 2026