U.S. District Court
for the District of Columbia

| | |
|---|---|
| **United States of America,**<br>Plaintiff,<br>v.<br>**Lin et al.,**<br>Defendants. | Case No. 1:26-cr-00014-JDB |

**[Proposed] Order on Tong Li's Motion for Admission Pro Hac Vice of Tommy H. Vu and Ryan W. Stitt**

Upon consideration of Tong Li's Motion for Admission Pro Hac Vice of Tommy H. Vu and Ryan W. Stitt, and for good cause shown, it is hereby ordered that the motion is **GRANTED**; and it is further ordered that Tommy H. Vu and Ryan W. Stitt are admitted pro hac vice to appear as counsel for Tong Li in this matter.

Date:__________________

______________________________
John D. Bates
U.S. District Court Judge