U.S. District Court
for the District of Columbia

**United States of America,**
Plaintiff,
v.
**Lin et al.,**
Defendants.

Case No. 1:26-cr-00014-JDB

# Tong Li's Motion for Admission Pro Hac Vice of Ryan W. Stitt

Pursuant to Local Civil Rule 83.2(c), Ryan W. Stitt respectfully moves for Admission Pro Hac Vice in the above-captioned matter on behalf of the accused Tong Li.

Mr. Stitt is an attorney in good standing with the State Bar of California and has substantial experience representing clients in complex federal criminal and civil matters. He is also a member of the Criminal Justice Act ("CJA") Panel for the United States District Court for the Southern District of California, through which he is regularly appointed to represent the accused in federal criminal proceedings.

Exhibit 1 is a Declaration for Pro Hac Vice Admission and Exhibit 2 is a current Certificate of Good Standing. With this filing, Mr. Stitt will pay the requisite fee. He is not subject to any pending disciplinary proceedings, suspension, or disbarment in any jurisdiction in which he is admitted to practice.

Accordingly, Mr. Stitt respectfully requests that the Court grants this Motion for Admission Pro Hac Vice and permits him to appear as counsel for Tong Li.

Respectfully submitted,

Kobie A. Flowers
Bar No. 991403
Flowers Keller LLP
1601 Connecticut Avenue, NW
Washington, D.C. 20009
o 202.993.1282
d 202.521.8742
kflowers@flowerskeller.com

Dated: July 1, 2026