U.S. District Court
for the District of Columbia

| | |
|---|---|
| **United States of America,**<br>Plaintiff,<br>v.<br>**Lin et al.,**<br>Defendants. | Case No. 1:26-cr-00014-JDB |

**[Proposed] Order on Tong Li's Motion for Admission Pro Hac Vice of Ryan W. Stitt**

Upon consideration of Tong Li's Motion for Admission Pro Hac Vice of Ryan W. Stitt, and for good cause shown, it is hereby ordered that the motion is **GRANTED**; and it is further ordered that Ryan W. Stitt is admitted pro hac vice to appear as counsel for Tong Li in this matter.

Date:__________________

______________________________
John D. Bates
U.S. District Court Judge