**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**KEN CHANLEE** | **No. 26-cr-14-6 (JDB)** |

**UNOPPOSED MOTION TO APPEAR VIRTUALLY FOR THE JULY 28, 2026 STATUS CONFERENCE**

Defendant Ken Chanlee, through undersigned counsel, respectfully moves the Court to allow him to appear virtually for the status conference scheduled for July 28, 2026. The government does not oppose the motion or the relief requested.

Mr. Chanlee was arrested on June 3, 2026. He had his initial appearance before a Magistrate Judge in the Central District of California. The government moved to detain Mr. Chanlee. Magistrate Judge Sheri Pym of the Central District of California held a detention hearing on June 5, 2026. The Court denied the government's motion for pretrial detention. The Court ordered that Mr. Chanlee be released with a series of conditions. The government moved to stay the release of Mr. Chanlee, which the Court also denied.

On June 8, 2026, the government filed a motion to review and appeal the release order. ECF Dkt. No. 47. On July 9, 2026, the Court held a hearing on the government's motion. The Court denied the motion and allowed Mr. Chanlee to remain on pretrial release with all prior conditions, with the addition of home detention. Mr. Chanlee is on release and complying with all conditions set by the Court.

Mr. Chanlee is unable to afford the cost of travel from his home in California to the District of Columbia for the status conference. Undersigned counsel explored the possibility of requesting

the United States Marshals Service to pay for his travel. Undersigned counsel understands that it would cover only travel to the District of Columbia.

Respectfully submitted,

/s/ Marc Eisenstein

Marc Eisenstein (DC Bar No. 1007208)
Coburn & Eisenstein PLLC
1200 G Street NW
8th Floor
Washington, DC 20005
Phone: (703) 963-7164
Fax: (866) 561-9712
marc@coburngreenbaum.com

*Counsel to Defendant*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 23, 2026, a copy of the foregoing was filed with the Clerk of the Court and served on all counsel of record via ECF.

/s/ Marc Eisenstein
Marc Eisenstein