**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**KEN CHANLEE** | **No. 26-cr-14-6 (JDB)** |

**[PROPOSED] ORDER**

On consideration of Defendant's Unopposed Motion to Appear Virtually for the July 28, 2026 Status Conference, and the entire record, it is by the Court this _____ day of ________, 2026, hereby

**ORDERED** that the Motion be, and it hereby is **GRANTED**.

It is **FURTHER ORDERED** that Mr. Chanlee shall be permitted to appear virtually for the status conference on July 28, 2026 at 2:00 PM.

**SO ORDERED.**

____________________________
Hon. John D. Bates
United States District Judge