**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 26-cr-14 (JDB)** |
| | : | |
| **TONG LI,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S SUPPLEMENTAL EVIDENCE IN SUPPORT OF DETENTION

The United States submits this supplemental proffer in support of its Opposition to Defendant Tong Li's Motion for Redetermination of Detention Order, ECF No. 95.

After the January 28, 2026, search of the Defendant's residence and seizure of his four cell phones, law enforcement determined that a co-conspirator of the Defendant's, who used the moniker SHARKY, was still operating through encrypted messaging apps, selling counterfeit Adderall pills and psilocybin mushrooms. Previous communications found on the Defendant's phones showed that the Defendant was SHARKY's source of supply for these drugs, and SHARKY paid the Defendant in BitCoin (BTC).

Law enforcement conducted two controlled purchases of drugs from SHARKY after January 28, 2026.  The first order was placed on May 1, 2026, for one pound of "Penis Envy" psilocybin mushrooms.  Other evidence gathered during the course of the investigation showed that "Penis Envy" was a specific strain of psilocybin mushroom that was sold by the Defendant.

On May 1, 2026 at approximately 7:03 PM, the undercover wallet sent $449.27 worth of BTC to the bc1q7m6 Wallet[1] as payment for the one pound of mushrooms. Using blockchain

---

[1] This affidavit uses abbreviations for the wallets to match the flow charts and for simplicity.

tracing, law enforcement was able to determine that minutes after the undercover sent the funds to the bc1q7m6 Wallet, a different wallet (the bc1qf50 Wallet) sent approximately $350 to the bc1qm7a Wallet, a wallet known to be used by the Defendant's drug trafficking organization ("DTO").[2] In other words, likely "Sharky" used a different wallet (bc1qf50) to pay the DTO for the drugs. Based on a review of the chats on the Defendant's phone, $350 is consistent with the price that SHARKY was paying the Defendant to ship one pound of Penis Envy mushrooms to SHARKY's customers prior to January 28, 2026.

Also on May 9, 2026, undercover law enforcement contacted SHARKY again and inquired about other products he offered. SHARKY sent photos of Adderall pills in plastic bags

---

[2] In fact, the bc1qm7a Wallet was one of the wallets that the Defendant used the evening of January 28 into January 29, 2026, to launder the drug proceeds out of the two operational wallets (bc1qef and bc1q73) that the DTO had been using, as discussed at the hearing and depicted below. This was also not the first time money moved between wallets associated with SHARKY and the DTO—the bc1q7m6 Wallet, that received the payment for the mushrooms, previously sent approximately $500 to the bc1qm7a Wallet, and the bc1qf50 Wallet sent approximately $184.96 worth of BTC on August 18, 2025 to the bc1qpv8 Wallet, which was one of the four operational wallets (not included below) that the Defendant and his co-conspirator Chang Hoon Lee instructed customers to send payment to for drugs, based on a review of the Defendant's phones.

with his logo displayed on a phone next to it. This is the same image found on one of the

Defendant's phones that were seized on January 28, 2026, as discussed at the hearing.





*Photo from the Defendant's phone seized January 28, 2026.*

*Photo of the UC's chats with SHARKY on May 9, 2026.*

Law enforcement requested 2,000 Adderall pills from SHARKY. On May 9, 2026, at

approximately 4:41 AM, the undercover wallet sent approximately $1,000.20 worth of BTC to

the bc1qhmr Wallet, as payment for the 2,000 Adderall pills. After law enforcement sent the

money, the bc1qhmr Wallet immediately transferred $1,048.90 worth of BTC to the bc1q8rw

Wallet, which then sent approximately $750 worth of BTC to the bc1qrrt Wallet, a wallet known

to be used by the Defendant's DTO. Based on a review of the Defendant's phones, he typically

sold 1,000 Adderall pills for $350 to $400, which is consistent with SHARKY paying $750 for

2,000 pills.

The below chart visually depicts the transactions described above.



This evidence demonstrates—at a minimum—that the DTO that the Defendant was *the* leader of for more than three years, continued to operate after January 28, 2026. At least two co-conspirators and co-defendants who took orders from the Defendant (Chang Hoon Lee and Valley Chung) are currently being detained pending trial in this matter. Where there is clear and convincing evidence that the DTO that the Defendant led continued to operate, the Defendant cannot credibly disclaim responsibility for its operations. If the Defendant had the power and means to run the DTO, he had the ability to shut it down. He did not. The DTO continued to sell the same products, at the same prices, to the same customers, using the same payment infrastructure. The Defendant is no less of a danger to the community than the individuals who reported to him.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Kate M. Naseef
Kate M. Naseef
Assistant United States Attorney
VA Bar Reg. No. 87850
601 D Street, N.W.
Washington, D.C. 20530
Office: 202-252-176
kate.naseef2@usdoj.gov