UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>**ERNEST CHENG LIN,**<br>*Defendant.* | **Case No. 26-cr-14 -1(JDB)** |

**CONSENT MOTION TO CONTINUE SENTENCING DATE**

Ernest Lin, by his attorney, Melissa Jackson, hereby requests that sentencing be continued for sixty days. Sentencing in this matter is currently set for August 26, 2026, with sentencing memoranda due on August 19, 2026. As outlined in the plea paperwork, Mr. Lin's faces a guideline sentence of at least 135 months to 168 months. The undersigned requests that sentencing be continued 60 days to allow time to further collect and prepare mitigation evidence to present to the court at sentencing. The undersigned has consulted with the assigned prosecutors on the case. The government does not object to re-scheduling the sentencing date for the week of October 26th.

Respectfully submitted,

Melissa Jackson
Counsel for Ernest Lin
D.C. Bar No. 996787
COVERT JACKSON YARBRO PLLC
1100 H Street NW,
Suite 1050
Washington, DC 20005
Phone: (657) 225-9693
Email: mjackson@cjypllc.com