**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 26-CR-14-3 (JDB)** |
| | : | |
| | : | |
| **TONG LI** | : | |
| | : | |
| **Defendant** | : | |

**DEFENDANT TONG LI'S REQUEST FOR CLARITY REGARDING HIS RELEASE CONDITIONS**

Defendant Tong Li, by and through his attorneys, respectfully moves this Court to provide clarity on his release conditions. (ECF No. 106). Mr. Li was released from custody in Washington D.C. on July 31, 2026. The next day, Mr. Li flew to Los Angeles. Since his release, Mr. Li has remained at his residence with his wife and two minor children. Pretrial Services in the Central District of California is currently supervising Mr. Li. They are providing courtesy supervision on behalf of Pretrial Services in the District of Columbia. To date, Mr. Li has complied with all conditions of his release. The central inquiry for this Court is whether Mr. Li was released with the condition of home detention or home incarceration.

Mr. Li, along with Pretrial Services from both districts, with no objection from the government, respectfully request this Court provide clarity on his release conditions. Though Assistant U.S. Attorney Michael Barclay was not present at the bond hearing when this Court imposed release conditions, based on his review of the order for release conditions and memorandum opinion, ECF Nos. 106, 107, he states Mr. Li appears to have been released with the condition of home detention. Therefore, while both parties believe Mr. Li was released with the condition of home detention, ECF Nos. 106, 107, Pretrial Services in the District of Columbia believe he was released with the condition of home incarceration. Receiving clarity on release conditions will ensure that Mr. Li continues to abide by all conditions of his release.

This issue arose when Mr. Li informed Pretrial Services in the Central District of California that he intended to travel from his residence in Los Angeles to counsel's office in San Diego (approximately 2.5-hour drive) next Monday, August 17. In response, Pretrial Services in the Central District of California contacted Pretrial Services in the District of Columbia for its position. Pretrial Services in the District of Columbia stated that despite the Court's order setting conditions of release and memorandum opinion & order, it believed that Mr. Li was released with condition of home incarceration. As such, Pretrial Services in the District of Columbia stated that Mr. Li only had permission to leave his residence for medical purposes only, and that he did not have explicit permission to leave his residence for an attorney visit. Nevertheless, Pretrial Services in the District of Columbia provided Pretrial Services in the Central District of California discretion to permit Mr. Li to see counsel at his office in San Diego next Monday.

If this Court released Mr. Li with the condition of home detention, Mr. Li respectfully requests this Court modify condition (7)(f) to extend travel beyond the Central District of California to the Southern District of California, where counsel's office is located. If this Court released Mr. Li with the condition of home incarceration, Mr. Li respectfully requests this Court allow him to leave his residence for medical and legal purposes.

Respectfully submitted,

/s/ Tommy Vu_________________

TOMMY VU
Stitt Vu Trial Lawyers
501 W. Broadway Suite 730
San Diego, CA 92101
Telephone: (619) 255-0553
tvu@stittvu.com