**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES**<br>**v.**<br>**TONG LI** | **Criminal Action No. 26-14-3 (JDB)** |

**ORDER**

Upon consideration of [111] the motion to clarify release conditions, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**. As the Court stated on the record at the hearing held on July 31, 2026, and as set out in [106] the order setting conditions of release, and [107] the July 31, 2026 memorandum opinion and order, Li was released with the condition of home detention, not home incarceration. It is further **ORDERED** that Li may travel outside the Central District of California for the purpose of attorney visits to his defense counsel's office in San Diego.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date: August 18, 2026