**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 26-CR-14-3 (JDB)** |
| | : | |
| | : | |
| **TONG LI** | : | |
| | : | |
| **Defendant** | : | |

**DEFENDANT TONG LI'S UNOPPOSED MOTION TO APPEAR VIRTUALLY BY VIDEO FOR THE SEPTEMBER 28, 2026 STATUS CONFERENCE**

Defendant Tong Li, by and through his attorneys, respectfully moves this Court to allow him to appear virtually by video for the status conference scheduled for September 28, 2026. The government does not oppose the motion or the relief requested.

Mr. Li was arrested on June 3, 2026 in the Central District of California. On July 31, 2026, this Court set release conditions, including home detention, for Mr. Li's pretrial release. Since his release, Mr. Li has been living at home with his wife and two minor children in Los Angeles, California. He has complied with all conditions of pre-trial release set by the Court.

Pursuant to his pre-trial release conditions, Mr. Li has surrendered his passport to Pretrial Services. The cost and burden would be significant for Mr. Li to travel from Los Angeles, California to the District of Columbia for the status conference.

Respectfully submitted,

/s/ Tommy Vu_________________

TOMMY VU
Stitt Vu Trial Lawyers
501 W. Broadway Suite 730
San Diego, CA 92101
Telephone: (619) 255-0553
tvu@stittvu.com