**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 26-CR-14-3 (JDB)** |
| | : | |
| | : | |
| **TONG LI** | : | |
| | : | |
| **Defendant** | : | |

**[PROPOSED] ORDER**

On consideration of Defendant Tong Li's Unopposed Motion to Appear Virtually by Video for the September 28, 2026 Status Conference, and the entire record, it is by the Court this ______ day of ______, 2026, hereby

**ORDERED** that the Motion be, and it hereby is **GRANTED**.

It is **FURTHER ORDERED** that Mr. Tong Li shall be permitted to appear virtually by video for the status conference on September 28, 2026 at 2:00 PM.

**SO ORDERED**.

____________________________

Hon. John D. Bates

United States District Judge