**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **No. 26-cr-14-6 (JDB)** |
| **KEN CHANLEE** | |

**UNOPPOSED MOTION TO APPEAR VIRTUALLY FOR THE SEPTEMBER 28, 2026 STATUS CONFERENCE**

Defendant Ken Chanlee, through undersigned counsel, respectfully moves the Court to allow him to appear virtually for the status conference scheduled for September 28, 2026. The government does not oppose the motion and the relief requested.

Mr. Chanlee is on release and complying with all conditions set by the Court. He is unable to afford the cost of travel from his home in California to the District of Columbia for the status conference. Based on the foregoing, Mr. Chanlee asks the Court to permit to appear remotely for the September 28, 2026 status hearing.

Respectfully submitted,
Marc Eisenstein

Marc Eisenstein (DC Bar No. 1007208)
Coburn & Eisenstein PLLC
1200 G Street NW
8th Floor
Washington, DC 20005
Phone: (703) 963-7164
Fax: (866) 561-9712
marc@coburngreenbaum.com

*Counsel to Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 24, 2026, a copy of the foregoing was filed with the Clerk of the Court and served on all counsel of record via ECF.

/s/

Marc Eisenstein