**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **Case No. 26-CR-14-4 (JDB)** |
| **v.** | : | |
| | : | |
| **RICKY CHOE,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's directive at the hearing on the violation pretrial conditions and subsequent email from chambers, counsel for the Government, defendant Ricky Choe, and Pretrial Services Agency of DC have conferred. Based on representations from defense counsel, defendant Ricky Choe voluntarily begun a residential in-patient treatment program on or about September 26, 2026. The parties propose that Defendant Ricky Choe's conditions of release at ECF No. 102 be modified by adding the following proposed language to Condition 7(s):

> Defendant Choe shall continue residential treatment at the Banyan Treatment Center (67580 Jones Road, Cathedral City CA 92234) until discharged by that facility. Defendant Choe shall immediately complete releases of health information permitting the Pretrial Services Agency of the Central District of California and his attorney to directly receive updates from the treatment center. Defendant Choe is not permitted to discharge himself from that facility against medical advice absent leave of Court. The parties shall file a status report in approximately 15 days from the date of this Order, as well as a further status report upon Defendant Choe's completion of and discharge from the program.

The parties further propose that condition 7(h) be modified by adding the following language: "Upon completion of residential treatment at the Banyan Treatment Center, Defendant Choe is to be evaluated for mental health services and shall engage in mental health treatment program as recommended and approved by Pretrial Services."

Respectfully,

FOR THE UNITED STATES:
Jeanine Ferris Pirro
United States Attorney

By: /s/ *Michael L. Barclay*
MICHAEL L. BARCLAY
N.Y. Bar Reg. No. 5441423
KATE M. NASEEF
VA Bar Reg. No. 87850
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7669
michael.barclay@usdoj.gov
kate.naseef2@usdoj.gov

FOR RICKY CHOE:

By: /s/ *Camille L. Wagner*
CAMILLE L. WAGNER
WAGNER PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
law@myattorneywagner.com