**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **Case No. 26-CR-14-4 (JDB)** |
| **v.** | : | |
| | : | |
| **RICKY CHOE,** | : | |
| | : | |
| **Defendant.** | : | |

**[PROPOSED] ORDER**

Upon consideration of the violation reports filed at ECF No. 100 and 104, the parties' joint status report, and for good cause shown, the Court ORDERS that Defendant Ricky Choe's conditions of release at ECF No. 102 are modified as follows. The following language shall be added to Condition 7(s):

> Defendant Choe shall continue residential treatment at the Banyan Treatment Center (67580 Jones Road, Cathedral City CA 92234) until discharged by that facility. Defendant Choe shall immediately complete releases of health information permitting the Pretrial Services Agency of the Central District of California and his attorney to directly receive updates from the treatment center. Defendant Choe is not permitted to discharge himself from that facility against medical advice absent leave of Court. The defense shall file a status report in approximately 15 days from the date of this Order, as well as a further status report upon Defendant Choe's completion of and discharge from the program.

In addition, Condition 7(h) shall be modified by adding the following language: "Upon completion of residential treatment at the Banyan Treatment Center, Defendant Choe is to be evaluated for mental health services and shall engage in mental health treatment program as recommended and approved by Pretrial Services."

ORDERED this ___ day of September, 2026.

______________________________
HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE