**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES**

**v.**

**RICKY CHOE**

**Criminal Action No. 26-14-4 (JDB)**

**ORDER**

Upon consideration of [104] and [114] pretrial violation reports as to Ricky Choe, [119] the parties' joint status report, and the entire record herein, and for the reasons stated on the record at the hearing held on September 21, 2026, it is hereby **ORDERED** that defendant Ricky Choe's [102] conditions of release are modified as follows. The following language is hereby added to Condition 7(s):

> Defendant Choe shall continue residential treatment at the Banyan Treatment Center (67580 Jones Road, Cathedral City CA 92234) until discharged by that facility. Defendant Choe shall immediately complete releases of health information permitting the Pretrial Services Agency of the Central District of California and his attorney to directly receive updates from the treatment center. Defendant Choe is not permitted to discharge himself from that facility against medical advice absent leave of Court. The defense shall file a status report in approximately 15 days from the date of this Order, as well as a further status report upon Defendant Choe's completion of and discharge from the program.

In addition, the Court shall impose Condition 7(h). Condition 7(h) shall be modified by adding the following language: Upon completion of residential treatment at the Banyan Treatment Center, Defendant Choe is to be evaluated for mental health services and shall engage in mental health treatment program as recommended and approved by Pretrial Services.

**SO ORDERED**.

John D. Bates Digitally signed by John D. Bates
Date: 2026.09.29 12:39:49 -04'00'

JOHN D. BATES
United States District Judge

Date: September 29, 2026