**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ERNEST CHENG LIN,**<br><br>*Defendant.* | **Case No. 26-cr-14 -1(JDB)** |

**CONSENT MOTION TO CONTINUE SENTENCING DATE**

Ernest Lin, by his attorney, Melissa Jackson, hereby requests that sentencing be continued until the second week of December. Sentencing in this matter is currently set for October 22, 2026. As outlined in the plea paperwork, Mr. Lin's faces a guideline sentence of at least 135 months to 168 months. The undersigned requests that sentencing be continued to any day between December 14 and December 18, 2026, except December 16th (when the AUSAs are not available), to allow time to adequately prepare for sentencing. The undersigned has consulted with the assigned prosecutors on the case. The government does not object to re-scheduling the sentencing date for the week of December 14th.

Respectfully submitted,

Melissa Jackson
Counsel for Ernest Lin
D.C. Bar No. 996787
COVERT JACKSON YARBRO PLLC
1100 H Street NW,
Suite 1050
Washington, DC 20005
Phone: (657) 225-9693
Email: mjackson@cjypllc.com